UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| GREGORY T. DEMARRIAS, SR., | ) | |
| | ) | Civ. No. 20-3007 |
| Personal Representative for the Estate of | ) | |
| | ) | |
| MICHAEL LADEAUX | ) | |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, the Plaintiff, through his undersigned attorneys, and for his complaint against the Defendant states and alleges as follows:

1. Plaintiff is the duly appointed and acting representative of the estate of Michael LaDeaux, deceased.

2. Plaintiff resides in Sioux Falls, South Dakota. At the time of his death, decedent resided in Sioux Falls, South Dakota. The collision at issue in this case occurred in Todd County, South Dakota.

3. This action is brought and the Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1346(b) and the Federal Tort Claims Act, 28 U.S.C. Section 2671, et seq., as amended and Pub. L. No. 103-138, Tit 111, § 308, Nov. 11, 1993, 107 Stat. 1416.

4. At all relevant times herein mentioned, defendant, by and through its Department of Interior, Bureau of Indian Affairs, contracted with the Rosebud Sioux Tribe and its Police

Department pursuant to 25 U.S.C. 450f, et seq., Indian Self Determination Act, to provide law enforcement and related services on the Rosebud Indian Reservation.

5. At all times relevant, the Rosebud Sioux Tribe and its Police Department operated a Police Department on the Rosebud Indian Reservation and employed numerous employees. In doing and in omitting to do all things alleged herein, the Rosebud Sioux Tribe, its Police Department and all of its employees, including RST Officer Callie Wooden Knife, were performing functions under the contract entered into pursuant to 25 U.S.C. 450f, et seq.

6. On or about October 1, 2017, Michael LaDeaux was walking eastbound along BIA Highway 1, coming out of Rosebud, South Dakota.

7. RST Officer Callie Wooden Knife was traveling westbound at approximately 90 mph on the way to an accident. Officer Wooden Knife crossed into the eastbound lane, striking and killing Michael LaDeaux.

8. The defendant, and the Department of Interior and Bureau of Indian Affairs, agencies of the United States, acting by and through Callie Wooden Knife, a servant and employee of the Rosebud Sioux Tribe Police, deemed to be an employee United States, acting within the course and scope of employment, were negligent, including but not limited to the following:

    (a) Driving at excessive speed;

    (b) Failing to keep a proper lookout;

    (c) Failing to keep vehicle under control

    (d) Texting and talking on cell phone;

    (e) Failure to obey traffic lanes; and

    (f) Failure to operate vehicle in a safe and prudent manner.

9. As a proximate cause and cause in fact of the negligence of the defendant, and its agent, Michael LaDeaux lost his life.

10. At the time of his death, Michael LaDeaux was 33 years old and had a life expectancy of at least 40 years. His estate has been deprived of his future earnings, his instruction, moral training, superintendence, counsel, guidance, aid, loss of advice, assistance, companionship, society, and protection.

11. If defendant were a private person it would be liable to Plaintiff in accordance with the laws of the State of South Dakota and the Rosebud Sioux Tribe.

12. On or about April 16, 2019, Plaintiff timely filed his administrative claims with the appropriate agencies as required by law seeking compensation in the amount of $1,200,000.00. The claim was denied on October 29, 2019, entitling Plaintiff to commence this action, within six months thereafter.

WHEREFORE, Plaintiff demands judgment against the United States in the sum of $1,200,000.00 to compensate the estate for the wrongful death of Michael LaDeaux, plus costs and disbursements, and such other relief as may be deemed just in the premises.

Dated this_____day of February, 2020.

Terry L. Pechota
1617 Sheridan Lake Road
Rapid City, SD 57702
605-341-4400
Tpechota@1868treaty.com

Thomas K. Wilka
PO Box 964
Sioux Falls, SD 57101-0964
605-334-0005
Tom@hwalaw.com

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gregory T. Demarrias, Personal Representative for the Estate of Michael LaDeaux

## DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff   Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
**See Attached

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property |  / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 2671
Brief description of cause:
Wrongful death caused by negligent employee of the Rosebud Sioux Police Department

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,200,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 02/25/2020
SIGNATURE OF ATTORNEY OF RECORD  /s/ Thomas K. Wilka

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

**Attachment**

I (c) Attorneys for Plaintiff

Terry L. Pechota
1617 Sheridan Lake Road
Rapid City, SD 57702
605-341-4400

Thomas K. Wilka
PO Box 964
Sioux Falls, SD 57101-0964
605-334-0005